1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:13-CR-00395-KJM

12            Plaintiff,                  **UNITED STATES' MOTION TO DISMISS AND ORDER**

13       v.

14 HUANHAO CHEN,

15            Defendant.

16

17     The United States Attorney hereby moves to dismiss without prejudice under Rule 48(a) of the

18 Federal Rules of Criminal Procedure the Indictment against defendant Huanhao Chen. The defendant

19 has been indicted via a superseding indictment in a separate case, No. 2:13-cr-50 KJM, for the same

20 conduct as alleged in this case and for his alleged participation in a marijuana cultivation conspiracy

21 arising out of the same investigation and the execution of the same search warrants and search warrant

22 affidavit that resulted in case no. 2:13-cr-50 KJM. Because of the defendant's alleged participation in

23 the larger conspiracy, the defendant is more appropriately charged as part of case number 2:13-cr-50.

24 Accordingly, the United States believes that it is in the interest of justice for the Court to dismiss the

25 charges pending against defendant Huanhao Chen in the Indictment in this case and hear the charges

26 against the defendant in case number 2:13-cr-50. Dismissing the instant case and hearing the allegations

27 ///

28

MOTION TO DISMISS                                 1

against the defendant in case number 2:13-cr-50 also serves judicial efficiency and efficient allocation of resources.

Dated:  July 27, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ CHRISTIAAN H. HIGHSMITH
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

## ORDER

Based on the motion of the United States, it is hereby ordered that the charge in the pending Indictment against defendant Huanhao Chen is dismissed without prejudice.

DATED:  July 27, 2015

_____
UNITED STATES DISTRICT JUDGE